No. 10–650.  MAYERCHECK v. JUDGES OF THE SUPREME COURT OF PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 10–654.  MORALES-VALLELLANES v. POTTER, POSTMASTER GENERAL.  C. A. 1st Cir.  Certiorari denied. ■

No. 10–663.  MALYUTIN v. RICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 10–673.  DUKES v. LANCER INSURANCE CO. ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 10–675.  GONZALEZ GUILBOT ET AL. v. GUILBOT SERROS DE GONZALEZ ET AL.  Sup. Ct. Tex.  Certiorari denied. ■

No. 10–697.  PABON-MANDRELL v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied. ■

No. 10–700.  CREATIVE COMPOUNDS, LLC v. SABINSA CORP.  C. A. 3d Cir.  Certiorari denied. ■

No. 10–706.  DESENBERG v. GOOGLE, INC.  C. A. Fed. Cir.  Certiorari denied. ■

No. 10–710.  MULLINS v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied. ■

No. 10–716.  MALDONADO v. LOGLOGIC, INC.  C. A. D. C. Cir.  Certiorari denied. ■

No. 10–726.  GANIM v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–737.  LAZAR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ■

No. 10–5128.  MORENO-PADILLA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ■

No. 10–5175.  NGUYEN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied. ■

No. 10–5403.  NORIEGA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied. ■